UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 9:26-cv-00717

**Roberto Valdes-Calveira,**
*Petitioner,*
v.
**Alexander Sanchez et al.,**
*Respondents.*

## ORDER

This court's order referring the case to a magistrate judge (Doc. 3) is withdrawn.

*So ordered by the court on September 18, 2026.*

J. CAMPBELL BARKER
United States District Judge