UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 9:26-cv-00717

**Roberto Valdes-Calveira,**
*Petitioner,*
v.
**Alexander Sanchez, et al.,**
*Respondents.*

# ORDER

Before the court is a petition for a writ of habeas corpus. Doc. 1. After petitioner's 2022 entry into the United States, the Department of Homeland Security ("DHS") paroled petitioner into the interior of the United States pursuant to its discretion under 8 U.S.C. § 1182(d)(5). *Id.* at 2. In February 2026, petitioner presented himself to Immigration and Customs Enforcement ("ICE") for a routine check-in. *Id.* DHS has since detained petitioner pending his removal proceedings. *Id.* at 2–3.

Petitioner is detained under 8 U.S.C. § 1225(b)(2). Doc. 1 at 10. Petitioner challenges this mandatory detention under the Fifth Amendment right to due process, arguing that his continued detention is unlawful without an individualized custody determination before a neutral decisionmaker. *Id.* at 12. But this argument is squarely foreclosed by recent Fifth Circuit precedent. *Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188, at *14 (5th Cir. Oct. 23, 2026) (en banc) (holding that mandatory detention under § 1225(b)(2)(A) does not violate the detainee's Fifth Amendment right to due process). Accordingly, the petition is denied.

*So ordered by the court on November 9, 2026.*

J. CAMPBELL BARKER
United States District Judge